ORDERED.

**Dated:  March 11, 2026**

Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

DAMON ANTHONY DASH,

    Debtor.

Case No.: 8:25-bk-06436-RCT
Chapter 7

_____/

JOSH WEBBER and MUDDY WATER
PICTURES LLC d/b/a MUDDY WATER
PICTURES, INC.,

    Plaintiffs,

Adv. Proc. No.: 8:25-ap-00413-RCT

v.

DAMON ANTHONY DASH,

    Defendant.

_____/

**ORDER GRANTING AMENDED MOTION FOR FINAL DEFAULT JUDGMENT**

THIS PROCEEDING came before the Court for consideration of the Plaintiffs'

Amended[1] Motion for Final Judgment (Doc. 18) (the "**Motion**")[2] and accompanying declaration in support thereof.  The Court makes the following findings of fact:

1.    The record evidences the Debtor's knowing intent to harm and take malicious actions directed at Plaintiffs such that the Debtor willfully and maliciously caused injury to the Plaintiffs in the total amount of $823,284.71, as set forth in Count I of the Complaint.

- Muddy Water Pictures, LLC "MWP" – $30,000 damages for copyright infringement.

- MWP – $25,000 award on remitter.

- Webber – $400,000 damages for defamation.

- Webber – $250,000 punitive damages.

- MWP and Webber – $400 costs.

- MWP – $117,884.71 in legal fees and costs.

2.    The record also evidences the Debtor's knowing intent to harm and take malicious actions directed at Muddy Water Pictures, LLC, such that the Debtor willfully and maliciously caused injury to the Plaintiff Muddy Water Pictures, LLC in the total amount of $4,000,000, as set forth in Count II of the Complaint.

3.    After reviewing the pleadings and considering the positions of all interested parties, the default and lack of response by the Debtor and concluding that Plaintiffs met their burden of proof demonstrating a right to judgment in their favor as to Counts I and II, it is

   **ORDERED:**

1.    The Motion (Doc. 18) is granted as to Counts I and II, both relating to 11 U.S.C. § 523(a)(6).

2.    The Court shall enter a separate final default judgment as requested in the

---

[1] Amended to merely correct a filing error.
[2] Unless otherwise defined, all capitalized terms shall have the meanings ascribed to them in the Motion.

Complaint.

###

[Megan W. Murray is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.]